IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE: SABRINA LEWIS          CASE NO.: 4:15-bk-15877

DEBTOR          CHAPTER 13

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. section 1307(a), the above named Debtor request this Court to enter its Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, on the grounds set forth below:

1. On 11/18/2015, the above named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.
2. This case has not been previously converted.
3. The Debtors are eligible to be Debtors under Chapter 7.

WHEREFORE, Debtors pray this Court enter its Order converting this case under Chapter 13 to Chapter 7 under the Bankruptcy Code.

RESPECTFULLY SUBMITTED,

/s/ April N. Kersten

April N. Kersten, Ark. Bar #2008129
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR 72222
(501) 868-2500

### Certificate of Service

I, April N. Kersten, the undersigned, hereby certify that copies of the foregoing are to be served to the following, and to all known creditors, by the third-party authorized bankruptcy notice provider, BK Attorney Services, Inc. this February 15, 2016:

Joyce B. Babin
P.O. Box 8064
Little Rock, AR 72203-8064

All Creditors

/s/ April N. Kersten
April N. Kersten
Ark. Bar #2008129