# Notice Recipients

District/Off: 0860−4          User: lori                    Date Created: 2/16/2016
Case: 4:15−bk−15877           Form ID: onconv               Total: 30

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
tr      Joyce Bradley Babin     ecfmail@13ark.com
aty     April N. Kersten        kersten@rainfirm.com

                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Sabrina Lewis           3442 East Kiehl Avenue      Apt. 4207        Sherwood, AR 72120
5689028   Acceptance Now          5501 Headquarters Dr        Plano, TX 75024
5689029   Afni        Attention: Bankruptcy        1310 Martin Luther King Dr       Bloomington, IL 61701
5689618   Crescent Bank &Trust    P.O. Box 1407       Chesapeake, VA 23327−1407
5689030   Crescent Bank And Trus       Attn: Bankruptcy       Po Box 61813        New Orleans, LA 70161
5689031   Dept Of Ed/Nelnet       Attn: Claims        Po Box 82505        Lincoln, NE 68501
5689032   ERC/Enhanced Recovery Corp        8014 Bayberry Rd        Jacksonville, FL 32256
5689033   Fed Loan Servicing      Po Box 69184        Harrisburg, PA 17106
5689034   First Premier Bank      601 S Minnesota Ave       Sioux Falls, SD 57104
5689035   Fst Coll Srv      10925 Otter Creek E Blvd       Mabelvale, AR 72103
5689036   Lvnv Funding Llc        Po Box 10497        Greenville, SC 29603
5689037   MerCr B        Po Box 140675        Austin, TX 78714
5689038   Portfolio Recovery      Attn: Bankruptcy       Po Box 41067        Norfolk, VA 23541
5707667   Portfolio Recovery Associates, LLC       POB 12914       Norfolk VA 23541
5689039   Professional Debt Medi        7948 Bay Meadows Way        2nd floor       Jacksonville, FL 32256
5715695   SFC Central Bankruptcy        PO Box 1893        Spartanburg, SC 29304
5689040   Santander Consumer USA        Po Box 961245       Fort Worth, TX 76161
5699725   Santander Consumer USA INC        PO BOX 560284        Dallas, TX 75356
5689041   Security Fin      Sfc Centralized Bankruptcy        Po Box 1893       Spartanburg, SC 29304
5721141   Sprint Corp      Attn Bankruptcy Dept       PO Box 7949        Overland Park KS 66207−0949
5689042   Tasc        Po Box 6362       Texarkana, TX 75505
5689043   Texar Federal Credit U       2301 Richmond Rd        Texarkana, TX 75503
5727417   U.S. Department of Education       c/o Fedloan Servicing        P.O. Box 69184       Harrisburg, PA
          17105−9184
5689044   Verizon        500 Technology Dr        Ste 550       Weldon Spring, MO 63304
5689045   Wells Fargo Bank       Credit Bureau Disp       Des Moines, IA 50306
5689046   Windham Professionals         380 Main St       Salem, NH 03079
5689047   Withrow, Allen &Withrow         P.O. Box 17248       Little Rock, AR 72222

                                                                                    TOTAL: 27