# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: lori | Date Created: 5/24/2016 |
| Case: 4:15–bk–15877 | Form ID: 318 | Total: 33 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr    M. Randy Rice    randyrice2@comcast.net
aty    April N. Kersten    kersten@rainfirm.com
aty    Heather A. Buchberger    hbuchberger@mikeloyd.com

                                       TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Sabrina Lewis    3442 East Kiehl Avenue    Apt. 4207    Sherwood, AR 72120
cr    Santander Consumer USA Inc    8585 N. Stemmons Frwy    Ste 1100 North    Dallas, TX 75247
5689028    Acceptance Now    5501 Headquarters Dr    Plano, TX 75024
5689029    Afni    Attention: Bankruptcy    1310 Martin Luther King Dr    Bloomington, IL 61701
5689618    Crescent Bank & Trust    P.O. Box 1407    Chesapeake, VA 23327–1407
5689030    Crescent Bank And Trus    Attn: Bankruptcy    Po Box 61813    New Orleans, LA 70161
5689031    Dept Of Ed/Nelnet    Attn: Claims    Po Box 82505    Lincoln, NE 68501
5689032    ERC/Enhanced Recovery Corp    8014 Bayberry Rd    Jacksonville, FL 32256
5689033    Fed Loan Servicing    Po Box 69184    Harrisburg, PA 17106
5689034    First Premier Bank    601 S Minnesota Ave    Sioux Falls, SD 57104
5689035    Fst Coll Srv    10925 Otter Creek E Blvd    Mabelvale, AR 72103
5744775    Jefferson Capital Systems LLC    Po Box 953185    St Louis Mo 63195–3185
5689036    Lvnv Funding Llc    Po Box 10497    Greenville, SC 29603
5689037    Mer&pro Cr B    Po Box 140675    Austin, TX 78714
5689038    Portfolio Recovery    Attn: Bankruptcy    Po Box 41067    Norfolk, VA 23541
5707667    Portfolio Recovery Associates, LLC    POB 12914    Norfolk VA 23541
5689039    Professional Debt Mediation, Inc.    7948 Baymeadows Way    2nd Floor    Jacksonville, FL 32256
5715695    SFC Central Bankruptcy    PO Box 1893    Spartanburg, SC 29304
5689040    Santander Consumer USA    Po Box 961245    Fort Worth, TX 76161
5699725    Santander Consumer USA INC    PO BOX 560284    Dallas, TX 75356
5689041    Security Fin    Sfc Centralized Bankruptcy    Po Box 1893    Spartanburg, SC 29304
5721141    Sprint Corp    Attn Bankruptcy Dept    PO Box 7949    Overland Park KS 66207–0949
5689042    Tasc    Po Box 6362    Texarkana, TX 75505
5689043    Texar Federal Credit U    2301 Richmond Rd    Texarkana, TX 75503
5727417    U.S. Department of Education    c/o Fedloan Servicing    P.O. Box 69184    Harrisburg, PA 17105–9184
5689044    Verizon    500 Technology Dr    Ste 550    Weldon Spring, MO 63304
5689045    Wells Fargo Bank    Credit Bureau Disp    Des Moines, IA 50306
5689046    Windham Professionals    380 Main St    Salem, NH 03079
5689047    Withrow, Allen & Withrow    P.O. Box 17248    Little Rock, AR 72222

                                       TOTAL: 29